UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA       :

      - v. -              :        INDICTMENT

MARIO RAMIRO ARAGON,           :        07 Cr.

                  Defendant.   :

- - - - - - - - - - - - - - - x

ORIGINAL

U.S. DISTRICT COURT FILED AUG 30 2007 S.D. W.P. OF N.Y.

**07 CRIM. 823**

### COUNT ONE

The Grand Jury charges:

1. On or about May 23, 2007, in the Southern District of New York and elsewhere, MARIO RAMIRO ARAGON, the defendant, unlawfully, willfully, and knowingly, did use and cause another to use a facility of interstate and foreign commerce, with intent that a murder be committed, in violation of the laws of New York State, as consideration for the receipt of, and as consideration for a promise and agreement to pay, anything of pecuniary value, to wit, ARAGON used a cellular telephone to arrange a meeting at which ARAGON asked another individual to commit a murder, and provided that individual with $200 as advance partial payment for such murder.

(Title 18, United States Code, Section 1958.)

_____
FOREPERSON

_____
MICHAEL J. GARCIA
United States Attorney