UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

       USA

       -v-

  MARIO RAMIRO ARAGON                      ORDER

Defendant.                                      07cr0823(CLB)(MDF)
------------------------------------------------------------x

    The Court, on September 19, 2007 having heard an oral application for relieving of Susanne Brody of the Federal Defenders Office as counsel for the deft., and thereafter having granted the application, appointed Marilyn Reader, Esq. of the CJA Panel for all purposes.

Dated: September 19, 2007
       White Plains, New York

                                                          SO ORDERED:

                                                          Mark D. Fox, U.S.M.J.