DEC 12 2007

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

UNITED STATES OF AMERICA,

v.

MARIO RAMIRO ARAGON

          Defendant.

------------------------------------------------------------x

CONSENT TO PROCEED BEFORE
A UNITED STATES MAGISTRATE
JUDGE ON A FELONY PLEA
ALLOCUTION

Docket Number __07 CR 823 (CLB)__

    The undersigned defendant, advised by my undersigned attorney, consents to a United States Magistrate Judge presiding over the proceedings required by Rule 11, Fed. R. Crim. P., for me to enter a plea of guilty in my case, or to change my plea, if one has previously been made, from not guilty to guilty, in accordance with the Standing Order of the assigned United States District Judge under Miscellaneous Docket M 10-468. I understand that if my plea is accepted, my sentencing will take place before the United States District Judge who is assigned, or who is to be assigned, to my case.

    I understand that I have the absolute right to insist that all Rule 11 proceedings be conducted before an Article III Judge, and hereby represent and confirm to the Magistrate Judge that no threats or promises, or other improper inducements, have been made to cause me to consent to this procedure, and that I do so voluntarily.

    IN WITNESS WHEREOF we have executed this consent this __12th__ day of __December__, __2007__, at the White Plains Courthouse, White Plains, New York.

X __MARIO RAMIRO__
       Defendant

X __Marilyn S. Reid__
       Attorney for Defendant

Accepted by _____
       Lisa Margaret Smith
       United States Magistrate Judge
       Southern District of New York

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: